IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

DAVID RAY EVANS                                                    PLAINTIFF
ADC #109126

V.                          NO.  1:07CV00036 SWW

JOHN MAPLES, JR., et al                                          DEFENDANTS

JUDGMENT

In accordance with the Court's Order entered this date, judgment is hereby entered

dismissing Plaintiff's complaint without prejudice.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an in forma pauperis

appeal from its order and this judgment entered thereunder, would not be taken in good

faith.

IT IS SO ORDERED this 3rd day of August, 2007.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE